# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § 
 § 
CLARK, SHELIA § Case No. 15-17108
 § 
Debtor §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
9:30 a.m., on Thursday, April 14, 2016
in Courtroom 680 , U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Jeffrey P. Allsteadt
                                    Clerk of Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                       §
                             §
CLARK, SHELIA                §     Case No. 15-17108
                             §
        Debtor               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,426.79 |
| and approved disbursements of | $ | 28.61 |
| leaving a balance on hand of[1] | $ | 8,398.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi | $ 1,592.68 | $ 0.00 | $ 1,592.68 |
| Attorney for Trustee Fees: BALDI BERG | $ 4,737.50 | $ 0.00 | $ 4,737.50 |
| Other: ARTHUR B. LEVINE COMPANY | $ 6.10 | $ 6.10 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,330.18 |
| Remaining Balance | | $ | 2,068.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,540.92  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cavalry SPV I, LLC as assignee | $ 1,577.61 | $ 0.00 | $ 144.74 |
| 000002 | Capital One Bank (USA), N.A. | $ 2,876.78 | $ 0.00 | $ 263.93 |
| 000003 | Capital One Bank (USA), N.A. | $ 655.22 | $ 0.00 | $ 60.11 |
| 000004 | Capital One Bank (USA), N.A. | $ 1,152.80 | $ 0.00 | $ 105.76 |
| 000005 | Capital One Bank (USA), N.A. | $ 3,492.26 | $ 0.00 | $ 320.39 |
| 000006 | Dell Financial Services, LLC | $ 7,529.47 | $ 0.00 | $ 690.79 |
| 000007 | MERRICK BANK | $ 2,342.47 | $ 0.00 | $ 214.91 |
| 000008 | Portfolio Recovery Associates, LLC | $ 2,914.31 | $ 0.00 | $ 267.37 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,068.00 |
| | Remaining Balance | | $ | 0.00 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

         Prepared By: /s/_____
                 Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                       Case No. 15-17108-JPC
Shelia Clark                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: vgossett              Page 1 of 2              Date Rcvd: Mar 25, 2016
                             Form ID: pdf006             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2016.
```
db             +Shelia Clark,    2424 S 19th Ave,    Broadview, IL 60155-3936
aty            +Baldi Berg Ltd,    20 N Clark Street Ste 200,    Chicago, IL 60602-4120
23288322      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                Richmond,VA 23285)
23697956       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
23667929      +Cavalry SPV I, LLC as assignee,    of GE Capital Retail Bank/Care Credit,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
23288328      +Clerk, Fourth Mun Div,    Bankruptcy Dept.,    1500 Maybrook Dr #236,    Maywood,IL 60153-2430
23862028      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,   Greenville, SC 29603-0390)
23288340      +Devin Clark,    2424 S 19th Ave,    Broadview,IL 60155-3936
23288343      +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
23288342      +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
23288323      +Sears/CBNA,   Attn: Bankruptcy Dept.,    Po Box 6283,   Sioux Falls,SD 57117-6283
23288341      +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,   Chester,PA 19022
23288339     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo HM Mortgag,    Attn: Bankruptcy Dept.,
                8480 Stagecoach Cir,    Frederick,MD 21701)
23288335      +WFDS,   Attn: Bankruptcy Dept.,    Po Box 1697,   Winterville,NC 28590-1697
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23288338      +E-mail/Text: ally@ebn.phinsolutions.com Mar 26 2016 00:30:19     ALLY Financial,
                Attn: Bankruptcy Dept.,    200 Renaissance Ctr,    Detroit,MI 48243-1300
23288329      +E-mail/Text: mmeyers@blittandgaines.com Mar 26 2016 00:32:49     Blitt and Gaines, PC,
                Bankruptcy Dept.,    661 Glenn Ave.,    Wheeling,IL 60090-6017
23288327      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 26 2016 00:31:17     Credit ONE BANK  N.A.,
                C/O Midland Funding,    8875 Aero Dr Ste 200,    San Diego,CA 92123-2255
23288332      +E-mail/Text: creditonebknotifications@resurgent.com Mar 26 2016 00:30:29     Credit ONE BANK NA,
                Attn: Bankruptcy Dept.,    Po Box 98875,    Las Vegas,NV 89193-8875
23288325      +E-mail/Text: bankruptcy@cavps.com Mar 26 2016 00:32:03      GE Capital,
                C/O Cavalry Portfolio SERV,    Po Box 27288,    Tempe,AZ 85285-7288
23288326      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2016 00:23:03
                GE Capital Retail BANK,    C/O Portfolio Recovery ASS,    120 Corporate Blvd Ste 1,
                Norfolk,VA 23502-4962
23873092       E-mail/Text: bkr@cardworks.com Mar 26 2016 00:30:10     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
23288333      +E-mail/Text: bkr@cardworks.com Mar 26 2016 00:30:10     Merrick BANK,    Attn: Bankruptcy Dept.,
                Po Box 9201,   Old Bethpage,NY 11804-9001
23932872       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2016 00:23:26
                Portfolio Recovery Associates, LLC,    successor to GE CAPITAL RETAIL BANK,    (WAL-MART),
                POB 41067,   Norfolk VA 23541
23288330      +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2016 00:29:11     Syncb/CARE CREDIT,
                Attn: Bankruptcy Dept.,    Po Box 965036,    Orlando,FL 32896-5036
23288331      +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2016 00:23:41     Syncb/Walmart,
                Attn: Bankruptcy Dept.,    Po Box 965024,    Orlando,FL 32896-5024
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23288334*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                Richmond,VA 23285)
23288336*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                Richmond,VA 23285)
23288337*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                Richmond,VA 23285)
23288324*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Webbank/DFS,    Attn: Bankruptcy Dept.,    1 Dell Way,
                Round Rock,TX 78682)
                                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: vgossett              Page 2 of 2                   Date Rcvd: Mar 25, 2016
                              Form ID: pdf006             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2016 at the address(es) listed below:
              Christine  Kuhlman    on behalf of Debtor 1 Shelia  Clark ndil@geracilaw.com
              Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jmanola@baldiberg.com
              Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Julia D Loper    on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                           TOTAL: 6
```