**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CLARK, SHELIA | § | Case No. 15-17108 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 66,746.00<br>*(Without deducting any secured claims)* | Assets Exempt: 19,560.00 |
| Total Distributions to Claimants: 2,068.00 | Claims Discharged<br>Without Payment: 22,245.92 |
| Total Expenses of Administration: 6,358.79 | |

3) Total gross receipts of $ 8,426.79 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 8,426.79 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 70,605.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,358.79 | 6,358.79 | 6,358.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,961.00 | 22,540.92 | 22,540.92 | 2,068.00 |
| **TOTAL DISBURSEMENTS** | $ 94,566.00 | $ 28,899.71 | $ 28,899.71 | $ 8,426.79 |

4) This case was originally filed under chapter 7 on 05/14/2015 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2016 By:/s/Joseph A. Baldi

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank Accounts - Wells Fargo *2517 | 1229-000 | 8,426.79 |
| **TOTAL GROSS RECEIPTS** | | **$** 8,426.79 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 ALLY Financial Attn: Bankruptcy Dept. 200 Renaissance Ctr Detroit MI 48243 | | 8,691.00 | NA | NA | 0.00 |
| | 2 Wells Fargo HM Mortgag Attn: Bankruptcy Dept. 8480 Stagecoach Cir Frederick MD 21701 | | 54,687.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 WFDS Attn: Bankruptcy Dept. Po Box 1697 Winterville NC 28590 | | 7,227.00 | NA | NA | 0.00 |
| | WFDS | | 0.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 70,605.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 1,592.68 | 1,592.68 | 1,592.68 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 6.10 | 6.10 | 6.10 |
| Associated Bank | 2600-000 | NA | 22.51 | 22.51 | 22.51 |
| BALDI BERG | 3110-000 | NA | 4,737.50 | 4,737.50 | 4,737.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,358.79 | $ 6,358.79 | $ 6,358.79 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | [X] None | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6283 Sioux Falls SD 57117 | | 748.00 | NA | NA | 0.00 |
| | 11 Syncb/CARE CREDIT Attn: Bankruptcy Dept. Po Box 965036 Orlando FL 32896 | | 0.00 | NA | NA | 0.00 |
| | 12 Syncb/Walmart Attn: Bankruptcy Dept. Po Box 965024 Orlando FL 32896 | | 0.00 | NA | NA | 0.00 |
| | 5 Credit ONE BANK N.A. C/O Midland Funding 8875 Aero Dr Ste 200 San Diego CA 92123 | | 1,025.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6 Credit ONE BANK NA Attn: Bankruptcy Dept. Po Box 98875 Las Vegas NV 89193 | | 0.00 | NA | NA | 0.00 |
| | Blitt and Gaines, PC Bankruptcy Dept. 661 Glenn Ave. Wheeling IL 60090 | | 0.00 | NA | NA | 0.00 |
| | Clerk, Fourth Mun Div Bankruptcy Dept. 1500 Maybrook Dr #236 Maywood IL 60153 | | 0.00 | NA | NA | 0.00 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 2,736.00 | 2,876.78 | 2,876.78 | 263.93 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 491.00 | 655.22 | 655.22 | 60.11 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 944.00 | 1,152.80 | 1,152.80 | 105.76 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 3,492.00 | 3,492.26 | 3,492.26 | 320.39 |
| 000001 | CAVALRY SPV I, LLC AS ASSIGNEE | 7100-000 | 1,578.00 | 1,577.61 | 1,577.61 | 144.74 |
| 000006 | DELL FINANCIAL SERVICES, LLC | 7100-000 | 7,529.00 | 7,529.47 | 7,529.47 | 690.79 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | MERRICK BANK | 7100-000 | 2,504.00 | 2,342.47 | 2,342.47 | 214.91 |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 2,914.00 | 2,914.31 | 2,914.31 | 267.37 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 23,961.00 | $ 22,540.92 | $ 22,540.92 | $ 2,068.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 15-17108 Judge: Jacqueline P. Cox
Case Name: CLARK, SHELIA

For Period Ending: 05/11/16

Trustee Name: Joseph A. Baldi
Date Filed (f) or Converted (c): 05/14/15 (f)
341(a) Meeting Date: 06/18/15
Claims Bar Date: 11/20/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2424 S 19th Ave Broadview, IL 60155 (Debtor's Res | 66,600.00 | 0.00 | | 0.00 | FA |
| 2. Bank Accounts - Wells Fargo *2517 (u)<br>Funds held in Wells Fargo Acct No. 2517 | 0.00 | 8,426.79 | | 8,426.79 | FA |
| 3. Chase Checking Account | 10.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Books and Art Objects | 50.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 7. Pension / Profit Sharing | Unknown | 0.00 | | 0.00 | FA |
| 8. 2010 Chevy Cobalt | 7,987.00 | 0.00 | | 0.00 | FA |
| 9. 2010 Hyundai Sonata | 9,559.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Policy<br>No cash value | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $86,306.00 | $8,426.79 | | $8,426.79 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Shortly after the case was filed, Trustee recieved notification from Wells Fargo bank of funds held on account in the name of the Debtor; Debtor did not schedule the Wells Fargo account on her schedules of assets; Debtor claimed the funds belonged to her sister but did not provide any evidence thereof. Trustee issued a subpoena to Wells Fargo and received documentation indicating that the funds belonged to the Debtor. Trustee obtained an order directing Wells Fargo to turnover the proceeds of the bank account; Trustee reviewed claims and prepared his TFR.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 15-17108 Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi |
| Case Name: | CLARK, SHELIA | Date Filed (f) or Converted (c): | 05/14/15 (f) |
| | | 341(a) Meeting Date: | 06/18/15 |
| | | Claims Bar Date: | 11/20/15 |

March 09, 2016, 04:24 pm Final report filed 3/3/16 with UST.

Initial Projected Date of Final Report (TFR): 12/31/15 Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

Case No: 15-17108 -JPC
Case Name: CLARK, SHELIA

Taxpayer ID No: *******9807
For Period Ending: 05/11/16

Trustee Name: Joseph A. Baldi
Bank Name: Associated Bank
Account Number / CD #: *******7485 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/24/15 | 2 | WELLS FARGO - CASHIER'S CHECK<br>PO BOX 5110, MAC N9777-016<br>SIOUX FALLS, SD 57117-5110 | TURNOVER OF BANK FUNDS | 1229-000 | 8,426.79 | | 8,426.79 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,416.79 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.51 | 8,404.28 |
| 02/15/16 | 001001 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Bond Premium Payment<br>2016 Bond Premium Payment | 2300-000 | | 6.10 | 8,398.18 |
| 04/15/16 | 001002 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Trustee Compensation | 2100-000 | | 1,592.68 | 6,805.50 |
| 04/15/16 | 001003 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,737.50 | 2,068.00 |
| 04/15/16 | 001004 | Cavalry SPV I, LLC as assignee<br>of GE Capital Retail Bank/Care Credit<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Claim 000001, Payment 9.17464% | 7100-000 | | 144.74 | 1,923.26 |
| 04/15/16 | 001005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 9.17449% | 7100-000 | | 263.93 | 1,659.33 |
| 04/15/16 | 001006 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 9.17402% | 7100-000 | | 60.11 | 1,599.22 |
| 04/15/16 | 001007 | Capital One Bank (USA), N.A. | Claim 000004, Payment 9.17418% | 7100-000 | | 105.76 | 1,493.46 |

Page Subtotals 8,426.79 6,933.33

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-17108 -JPC
Case Name: CLARK, SHELIA

Taxpayer ID No: *******9807
For Period Ending: 05/11/16

Trustee Name: Joseph A. Baldi
Bank Name: Associated Bank
Account Number / CD #: *******7485 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | | | | |
| 04/15/16 | 001008 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 9.17429% | 7100-000 | | 320.39 | 1,173.07 |
| 04/15/16 | 001009 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Claim 000006, Payment 9.17448% | 7100-000 | | 690.79 | 482.28 |
| 04/15/16 | 001010 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Claim 000007, Payment 9.17450% | 7100-000 | | 214.91 | 267.37 |
| 04/15/16 | 001011 | Portfolio Recovery Associates, LLC<br>successor to GE CAPITAL RETAIL BANK<br>(WAL-MART)<br>POB 41067<br>Norfolk VA 23541 | Claim 000008, Payment 9.17438% | 7100-000 | | 267.37 | 0.00 |

Page Subtotals 0.00 1,493.46

Ver: 19.06

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-17108 -JPC
Case Name: CLARK, SHELIA

Taxpayer ID No: *******9807
For Period Ending: 05/11/16

Trustee Name: Joseph A. Baldi
Bank Name: Associated Bank
Account Number / CD #: *******7485 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 8,426.79 | 8,426.79 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 8,426.79 | 8,426.79 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,426.79 | 8,426.79 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********7485 | 8,426.79 | 8,426.79 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 8,426.79 | 8,426.79 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 19.06